Robert P. Miller v. Clinton S. Zimmerman.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Joseph Matis v. Louis Lewis.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The Eagle Waterproof Company, Inc., v. New York Mackintosh Clothing Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Elizabeth E. Stevens v. S. Emilie Schweizer.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Samuel Pollock v. Central Fish Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Newburger-Morris Company v. James Talcott.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page Davis, JJ.

New York and Boston Despatch Express Company v. Howard Carroll and Others, as Executors.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Elizabeth Agminas v. Wilkes-Barre Colliery Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Augusta Landes v. Leonard Landes.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Orpha Stone v. William M. Eisen Company.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Paul W. Horbach v. William J. Arkell.— Motion denied. See memorandum. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Patrick Gallagher v. Ancient Order of Hibernians and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Louis Schwartz v. James D. Rogers and Others..— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

White Rats Actors Union v. Illinois Surety Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Nathan Lepow and Others v. Samuel Briskman and Others.— Application denied, with ten dollars costs.—Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Reginald L. Hart v. Equitable Life Assurance Society.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.